No. 94-9344. EDMON v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94-9347. LEE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94-9349. WARD v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94-9350. THOMPSON v. ESTATE OF THOMPSON. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 94-9351. THOMPSON v. ESTATE OF THOMPSON. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 94-9352. LYDON v. MALME ET AL. C. A. 1st Cir. Certiorari denied.

No. 94-9353. SPINNER ET UX. v. COUNTY OF LOS ANGELES, DEPARTMENT OF PUBLIC WORKS, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94-9356. WHITTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94-9357. DINKINS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94-9358. HUBBARD v. MUNICIPALITY OF METROPOLITAN SEATTLE. C. A. 9th Cir. Certiorari denied.

No. 94-9359. GASKINS v. RUNYON, POSTMASTER GENERAL. C. A. D. C. Cir. Certiorari denied.

No. 94-9360. ROUSE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94-9361. BURNS v. BURNS. C. A. 7th Cir. Certiorari denied.

No. 94-9364. STIFF v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.